~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

SAMUEL GRIFFIN,

     Petitioner,   JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:07-cv-00525-HDM-VPC**

JAMES BENEDETTI, et al.,

     Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is DENIED and this action is DISMISSED with prejudice on the merits. Judgment is hereby ordered in favor of respondents and against petitioner.

   March 30, 2011                                                    **LANCE S. WILSON**
                                                                                 Clerk

                                                                                /s/ Katie Lynn Ogden
                                                                                    Deputy Clerk